In re: PAUL M. GEORGE,

        Appellant