# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CONCISE SUMMARY OF THE CASE

Pursuant to 3rd Cir. LAR 33.3, counsel are required to file a concise summary of the case within **14 days** of the date of docketing of the Notice of Appeal. Total statement is limited to no more than 2 pages, single-spaced. Counsel may utilize this form or attach a 2 page statement encompassing the information required by this form.

SHORT CAPTION: _In Re Paul M. George_

USCA NO.: _25-3264_

LOWER COURT or AGENCY and DOCKET NUMBER: _Eastern District of Pennsylvania 2:22-mc-50_

NAME OF JUDGE: _Chief Judge Wendy Beetlestone_

Specify who is suing whom, for what, and the subject of this action. Identify (1) the nature of the action; (2) the parties to this appeal; (3) the amount in controversy or other relief involved; and (4) the judgment or other action in the lower court or agency from which this action is taken:

_Disciplinary Action re Paul M. George_

**LIST** and **ATTACH** a copy of each order, judgment, decision or opinion which is involved in this appeal. If the order(s) or opinion(s) being appealed adopt, affirm, or otherwise refer to the report and recommendation of a magistrate judge or the decision of a bankruptcy judge, the report and recommendation or decision shall also be attached.

_Counsel will file these documents in a Supplemental Concise filing._

Provide a short statement of the factual and procedural background, which you consider important to this appeal:

See attached statement

Identify the issues to be raised on appeal:

See attached statement

This is to certify that this Concise Summary of the Case was electronically filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record

this 1st day of December, 2025.

_____
Signature of Counsel

Rev. 07/2015

Short Statement

This is an appeal from the final Order of the District Court, per Chief Judge Wendy Beetlestone approving the Report and Recommendation of a three Judge Panel imposing discipline on Paul M. George.

Issues to be Raised on Appeal

1. Whether the proceedings below violated the Due Process Rights of Appellant Paul M. George in that the Panel and the Court failed to apply the correct burden of proof on Disciplinary Counsel and the correct standards for alleged violation of the Pennsylvania Code of Professional Conduct.

2. Whether the failure the Panel Members to recuse in the full Court's review of their Report and Recommendation violated the Due Process Rights of Appellant

3. Whether Disciplinary Counsel failed to prove the alleged disciplinary violations under the PA Code of Professional Conduct and whether the sanction of disbarment was supported by the evidentiary record.