# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
In re Paul M. George

APPEAL FROM DISTRICT COURT:
District: Eastern District PA
D.C. Docket No.: 2:22-mc-50
Date proceedings initiated in D.C.: 2022
Date Notice of Appeal filed: 11/24/2025
USCA No.: 25-3264

## COUNSEL ON APPEAL

Appellant(s): Paul M. George
Name of Counsel: David Rudovsky
Name of Party(ies): Paul M. George
Address: 718 Arch Street Phl PA 19106
Telephone No.: 215-901-6894
Fax No.:
E-mail: drudovsky@krlawphila.com

For Appellee(s): *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: Alfred Putnam, Jr
Name of Party(ies): Disciplinary Counsel
Address: One Logan Square Phila PA 19103
Telephone No.: 215-988-2907
Fax No.:
E-mail: Alfred.Putnam@dbr.com

Name of Counsel:
Name of Party(ies):
Address:
Telephone No.:
Fax No.:
E-mail:

Is this a Cross-Appeal?  Yes ☐  No ☑
Appeals Docket No.:

Was there a previous appeal in case?  Yes ☐  No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge, is there any case now pending or about to be brought before this court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal?   Yes ☐   No ☒
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Yes ☐   No ☒

If you answered yes to either "a" or "b" please provide:
Case Name:_____
D.C. Docket No.:_____
Court or Agency:_____
Docket Number:_____
Citation, if reported:_____

## NATURE OF SUIT
(Check as many as apply)

1. FEDERAL STATUTES
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☐ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☒ OTHER Specify: _Disciplinary Counsel_

2. TORTS
☐ ADMIRALTY

☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify:_____

3. CONTRACTS
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify:_____

4. PRISONER PETITIONS
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify:_____

5. OTHER
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify:_____
☐ OTHER Specify:_____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this ___8___ day of ___December___, 20_25_.

Signature of Counsel:_____