OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

December 9, 2025

Alfred W. Putnam Jr.
Faegre Drinker Biddle & Reath
One Logan Square
Suite 2000
Philadelphia, PA 19103

In re: Paul M. George
Case Number: 25-3264
District Court Case Number: 2:22-mc-00050

Dear Counsel:

Pursuant to our docketing letter dated **November 24, 2025**, you were requested
electronically file or complete the following in the above-entitled case:

**Appearance Form**

The above listed forms must be completed within **fourteen (14) days** of the date of
this letter. **If the forms are not filed within the time stated, it will be presumed
that you do not wish to participate in the appeal(s). You will receive no further
notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: *s/ Aina Renwrick*
Legal Assistant
267-299-4957

cc: David Rudovsky, Esq.