IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

In re: Paul M. George                                            No. 25-3264

## STIPULATION TO THE UNSEALING OF FILINGS AND RECORDS PURSUANT TO L. A. R. MISC.106.0

**WHEREAS**, the proceedings in the District Court in this disciplinary matter were under Seal; and

**WHEREAS**, L.A.R. Misc. 106.0 provides for the discontinuation of Sealing Orders and for the Unsealing of Filings and Records from the District Court and in this Court unless a motion is filed stating why it is necessary to continue to seal filings; and

**WHEREAS**, Appellant George was required to perfect his appeal to this Court with the filing of the Report and Recommendation and final Order of the District Court, see Appeal Docket Document No.10, and these filings are now Unsealed on the Appellate Docket, and

**WHEREAS**, Appellant George agrees and stipulates to the unsealing of all filings and records in the District Court and this Court, and Appellant will not file a Motion for Continued Sealing under L.A.R. Misc. 106.0, as there is no necessity for continued sealing;

**THEREFORE**, Appellant stipulates to the Unsealing of all filings and records in the District Court and on the appeal in this Court.

s/David Rudovsky

Kairys, Rudovsky, Messing, Feinberg & Lin

718 Arch Street, Suite 501S

Philadelphia, PA 19106

ID No. 15168

215-901-6894

Ilana H. Eisentstein

DLA Piper LLP (US)

One Liberty Place, 1650 Market St.

Suite 5000, Philadelphia, PA 19103

215-656-3351

Counsel for Appellant, Paul M. George