OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

December 16, 2025

Eric W. Sitarchuk
Bradie Williams
Morgan Lewis & Bockius
2222 Market Street
12th Floor
Philadelphia, PA 19103

In re: Paul M. George
Case Number: 25-3264
District Court Case Number: 2:22-mc-00050

Dear Counsel:

It is noted that a motion was filed on behalf of Proposed Intervenor Nancy Winkelman on December 12, 2025, in the above-entitled case. It is hereby requested that the following form be completed and electronically filed:

**Appearance Form**

The above-listed form(s) is available on the Court's website and should be completed within **fourteen (14) days** of the date of this letter. If the form(s) is not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s).

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: *s/ Aina*
Legal Assistant
267-299-4957

cc:
Renee M. Dudek, Esq.
Ilana H. Eisenstein, Esq.
Alfred W. Putnam Jr., Esq.
David Rudovsky, Esq.