UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-3264**

In re: George

To:    Clerk

1) Motion to Intervene and to Continue Sealing Order Below Pursuant to LAR Misc. 106.0 with Request to File Motion under Seal

2) Sealed Amended Stipulation to the Unsealing of Filings and Records Pursuant to LAR Misc. 106.0

---

    The foregoing motion and amended stipulation are referred to a motions panel. The motion and amended stipulation will be held provisionally under seal pending a ruling by the Court.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: January 8, 2026
ARR/cc: IHE; DR; EWS; RD; AWP