UNITED STATES COURT OF APPEALS FOR THIRD CIRCUIT

DCO-039

No. 25-3264

In re: PAUL M. GEORGE,

Appellant

(E.D. Pa. No. 2:22-mc-00050)

Present: MONTGOMERY-REEVES, *Circuit Judge*

1) Motion to Intervene and to Continue Sealing Order Below Pursuant to LAR Misc. 106.0 with Request to File Motion under Seal

2) Sealed Amended Stipulation to the Unsealing of Filings and Records Pursuant to LAR Misc. 106.0

Respectfully,
Clerk/ARR

_____ORDER_____

The foregoing motion to intervene and continue sealing order below is GRANTED.

By the Court,

s/ Tamika R. Montgomery-Reeves
Circuit Judge

Dated: January 16, 2026
ARR/cc: All Counsel of Record