# UNITED STATES COURT OF APPEALS
# FOR THE
# THIRD CIRCUIT

## Case No. 25-3264

## IN RE PAUL M. GEORGE

**On Appeal from the United States District Court
for the Eastern District of Pennsylvania, Misc. No. 22-mc-50**

## APPELLANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE BRIEF

Pursuant to L.R. 31.4, Appellant Paul M. George respectfully requests a thirty-day enlargement of time to file his initial appellate brief. Appellant's brief is currently due on February 17, 2026, and Appellant requests an extension until March 17, 2026. Counsel for Appellant has conferred with counsel for Appellee Disciplinary Counsel, and Disciplinary Counsel has indicated that it does not oppose this motion.

Good cause exists for this motion. Because this appeal arises from bar disciplinary proceedings, most of the underlying district court docket currently is under seal. Counsel for Appellate is currently in the process of moving to lift the sealing of the docket in the district court to facilitate the creation of the appellate appendix. But because that process is still ongoing, additional time is necessary to ensure that the appellate record is complete and accessible, and that the appendix properly can be incorporated into Appellant's brief.

For these reasons, Appellant respectfully requests an enlargement of the due date for his initial brief until March 17, 2026.

Respectfully submitted,

/s/ Ilana H. Eisenstein
Ilana H. Eisenstein
DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103
(215) 656-3351

David Rudovsky
KAIRYS, RUDOVSKY, MESSING,
FEINBERG & LIN LLP
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
(215) 925-4400

*Attorneys for Appellant Paul M. George*