**UNITED STATES COURT OF APPEALS
FOR THE
THIRD CIRCUIT**

**Case No. 25-3264**

**IN RE PAUL M. GEORGE**

**On Appeal from the United States District Court
for the Eastern District of Pennsylvania, Misc. No. 22-mc-50**

**APPELLANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE
BRIEF**

Pursuant to L.R. 31.4, Appellant Paul M. George respectfully requests a fourteen-day enlargement of time to file his initial appellate brief. Appellant's brief is currently due on March 17, 2026, and Appellant requests an extension until March 31, 2026.

Good cause exists for this motion. On February 6, 2026, Appellant requested, and this Court granted, a thirty-day enlargement because certain documents in the underlying district court proceeding were under seal. After negotiating with the other relevant parties regarding which portions of the documents to unseal, on February 25, 2026, Appellant requested that the district court unseal the documents and recently followed up with a notice to the district court regarding the motion to unseal. The district court has not yet granted the motion to unseal the exhibits, which are necessary to the preparation of the appendix and briefing in this appeal. Without unsealing, moreover, Appellant cannot access the ECF-stamped versions of these documents. Even if it were possible to obtain the filed version of the documents, filing the appendix

and brief under seal would not be consistent with this Court's caselaw and with this Court's order unsealing this appeal.

Appellant expects that a fourteen-day enlargement will suffice to facilitate the unsealing of the relevant docket entries so that the appendix may properly be incorporated into Appellant's brief.

Appellant conferred with appellee's counsel, who takes no position on the motion.

For these reasons, Appellant respectfully requests an enlargement of the due date for his initial brief until March 31, 2026.

Respectfully submitted,

/s/ Ilana H. Eisenstein
Ilana H. Eisenstein
DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103
(215) 656-3351

David Rudovsky
KAIRYS, RUDOVSKY, MESSING,
FEINBERG & LIN LLP
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
(215) 925-4400

*Attorneys for Appellant Paul M. George*

March 16, 2026