**No.** 25-3264

In re Paul M. George _____ vs. n/a _____

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

See attached sheet

Indicate the party's role IN THIS COURT (check **only** one):

☐ Petitioner(s)   ☐ Appellant(s)   ☐ Intervenor(s)

☐ Respondent(s)   ☐ Appellee(s)   ☑ Amicus Curiae

(Type or Print) Counsel's Name  Sean M. Craig

☑ Mr.   ☐ Ms.   ☐ Mrs.   ☐ Miss   ☐ Mx.

Firm  Troutman Pepper Locke LLP

Address  3000 Two Logan Square, 18th and Arch Streets

City, State, Zip Code  Philadelphia, PA 19103

Phone 215-981-4241                 Fax  215-981-4750

**Primary E-Mail Address (required)** sean.craig@troutman.com
**Additional E-Mail Address (1)**
**Additional E-Mail Address (2)**
**Additional E-Mail Address (3)**

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

## SIGNATURE OF COUNSEL:  /s/ Sean M. Craig

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 10/20/2020

**United States Court of Appeals for the Third Circuit**
**No. 25-3264**
**In re Paul M. George**

**Represented Parties**

- Lara Bazelon
- Ellen Brotman
- Scott Cummings
- Jennifer Ellis
- Michael Frisch
- Bruce Green
- Jennifer Gundlach
- Theodor Liebmann
- Justin Loughry
- David Luban
- Eleanor Myers
- Arden Olson
- Michael Reed
- Amy Richardson
- David Richman
- Abbe Smith
- Rayman Soloman
- Ellen Yaroshefsky
- Steven Zeidman