**UNITED STATES COURT OF APPEALS
FOR THE
THIRD CIRCUIT**

**Case No. 25-3264**

**IN RE PAUL M. GEORGE**

**On Appeal from the United States District Court
for the Eastern District of Pennsylvania, Misc. No. 22-mc-50**

**APPELLANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF
TIME TO FILE BRIEF**

Pursuant to L.R. 31.4, Appellant Paul M. George respectfully requests an eight-day enlargement of time to file his reply brief. Appellant's brief is currently due on May 21, 2026. Counsel for Appellant has conferred with counsel for Appellee Disciplinary Counsel, and Disciplinary Counsel has indicated that it does not oppose this motion. Mr. George filed his notice of appeal on November 24, 2025.

Good cause exists for this motion. Appellate counsel is in an ongoing trial in California state court. Trial started on May 11, 2026 and continues through the end of May. Additional time is requested to ensure sufficient time to prepare the reply brief.

For these reasons, Appellant respectfully requests an enlargement of the due date for his reply brief until May 31, 2026.

May 20, 2026

Respectfully submitted,

*s/Ilana Eisenstein*
Ilana H. Eisenstein